IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>MOISES CABRERA-RODRIGUEZ<br>Defendant | CRIMINAL 12-0534CCC |

**ORDER**

Having considered the Report and Recommendation filed on November 27, 2012 (**docket entry 28**) on a Rule 11 proceeding of defendant Moisés Cabrera-Rodríguez held before U.S. Magistrate Judge Silvia Carreño-Coll on November 16, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment. The Court, however, will defer its decision on whether to accept the parties' Fed. R. Crim. P. 11(c)(1)(C) Plea Agreement until it reviews the Pre-Sentence Report, pursuant to Fed. R. Crim. P. 11(c)(3)(A).

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since November 16, 2012. The **sentencing hearing is set for February 21, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on December 26, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge